# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LYNN A. RONAN, Individually and as Administrator of the Estate of Sherry L. Ronan,** | : CIVIL ACTION NO. 1:24-CV-1927 <br> : <br> : (Judge Neary) |
| **Plaintiff** | : |
| v. | : |
| **HAMPDEN TOWNSHIP,** *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 10th day of April, 2025, upon consideration of the motion to dismiss filed by Hampden Township, Hampden Township Police, Hampden Township Emergency Services, Operations Lieutenant Nathaniel Funk, and Detective Thomas Burfeind (collectively, the "Hampden" defendants) (Doc. 3), and the parties' respective briefs in support of and in opposition to the Hampden defendants' motion, (see Docs. 9, 12, 14), and the court noting that Lynn A. Ronan has also asserted claims against Rubi Ambrocio-Gonzales and Michael Zimmerman, but no attorney has noticed an appearance for either Ambrocio-Gonzales or Zimmerman or otherwise responded to the Amended Complaint, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

    1.    The claims asserted against the Hampden defendants are DISMISSED with prejudice.

2. By no later than 14 days of the day of this order, Ronan shall SHOW CAUSE why defendants Ambrocio-Gonzales or Zimmerman have not been served, what steps Ronan has taken to try to effectuate service, and whether good cause exists for an extension of time to serve these defendants pursuant to Federal Rule of Civil Procedure 4(m).

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania